

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2016

No. 04-16-00134-CR

Edward J. **NAVARRO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-0482-CR-B
The Honorable William Old, Judge Presiding

# O R D E R

The State's brief was originally due to be filed with this court on August 17, 2016. We granted the State's first motion for an extension of time to file the brief until September 16, 2016. On the due date, the State filed its second motion for extension of time to file its brief. It requested a fourteen-day extension for a total extension of forty-four days.

The State's motion is GRANTED. The State's brief is due on September 30, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2016.

_____
Keith E. Hottle
Clerk of Court